Clementina Accino
vs.
H. P. Hood & Sons, Inc. } No. 89621.

December 8, 1933.

CARPENTER, J. This action was brought by the plaintiff to recover for injury to her health because of drinking and partaking of milk delivered to her by the defendant company.

Upon the trial of this case, the jury returned a verdict for the defendant and the matter is now before the Court upon plaintiff's motion for a new trial, which motion alleges the usual grounds.

The evidence of the plaintiff is that H. P. Hood & Sons, Inc., sold and delivered to her milk which contained a foreign substance, to wit: banana oil, which is injurious to one's health if taken internally. The plaintiff claims that the said foreign substance, the banana oil, came into the milk through the negligence of the defendant company.

The defendant company showed by evidence the manner in which milk was handled in their plant and offered much evidence to contradict the inference that it had been guilty of negligence.

By their verdict, the jury found that H. P. Hood & Sons, Inc., was not guilty of negligence. This Court feels that the jury were justified in their finding and that substantial justice has been done.

Motion for a new trial is denied.

For plaintiff: Pettine, Godfrey & Cambio.

For defendant: Clifford A. Kingsley.

Rosalind Woulfe
vs.
Walter F. Fitzpatrick, as City Treas. } No. 90935.

December 8, 1933.

CARPENTER, J. This is an action brought to recover damages for personal injuries sustained by stepping into a hole in the sidewalk on Cypress Street in the City of Providence.

The case was tried before a jury and the jury returned a verdict for defendant. The plaintiff thereupon filed a motion for a new trial and the matter is now before the Court on said motion.

It appeared from the evidence that the plaintiff was walking along Cypress Street and caught her foot or stepped into a break in the concrete sidewalk and fell. Evidence and a picture of the sidewalk were produced to show the condition of the sidewalk.

The case was submitted to the jury both upon the question as to whether or not the city had notice if there was a defect and also upon the question as to whether there was a defect.

Upon the evidence submitted the jury returned a verdict for the defendant. The Court feels that the verdict is substantiated by the evidence and that substantial justice has been done.

Motion for new trial denied.

For plaintiff: Carroll, Dwyer & Murphy.

For defendant: John C. Mahoney-Walsh.